No. 497.   MARIO MERCADO E HIJOS *v.* COMMINS ET AL. See *post*, p. 758.

---

No. 698.   VAUGHN, DOING BUSINESS AS VAUGHN'S USED CARS, *v.* BOARD OF POLICE COMMISSIONERS OF THE CITY OF LOS ANGELES ET AL.   Appeal from the District Court of Appeal, 2d Appellate District, of California.   March 6, 1944.   *Per Curiam:* The appeal is dismissed for want of a substantial federal question.   (1) *Hall* v. *Geiger-Jones Co.,* 242 U. S. 539, 552–4; *Lehmann* v. *Board of Accountancy,* 263 U. S. 394, 398; cf. *Nash* v. *United States,* 229 U. S. 373, 376–7; (2) *Caldwell* v. *Texas,* 137 U. S. 692, 698; *Bergemann* v. *Backer,* 157 U. S. 655, 656; cf. *Dohany* v. *Rogers,* 281 U. S. 362, 369; (3) *Cincinnati, N. O. & T. P. Ry. Co.* v. *Slade,* 216 U. S. 78, 83; *Mobile, J. & K. C. R. Co.* v. *Mississippi,* 210 U. S. 187, 204.   *Messrs. Albert G. Bergman* and *Bates Booth* for appellant.   *Messrs. Ray L. Chesebro, Frederick von Schrader,* and *Edwin F. Shinn* for appellees.